FREYBLER v LUCAS

1. REFORMATION OF INSTRUMENTS — SCRIVENER'S MISTAKE — MORT-
    GAGES — SUMMARY JUDGMENT.
      Plaintiff was entitled to a summary judgment in her suit to
      have a mortgage reformed where defendants entered an answer
      with a general denial and plaintiff introduced an affidavit
      signed by the scrivener of the mortgage which supported the
      allegation in the complaint that the mortgage was defective
      due to a mistake by the scrivener.

2. REFORMATION OF INSTRUMENTS — SCRIVENER'S MISTAKE — MORT-
    GAGES.
      A scrivener's mistake is grounds for the reformation of a
      mortgage.

Appeal from Livingston, Paul R. Mahinske, J.
Submitted Division 2 January 4, 1972, at Lansing.
(Docket No. 11234).  Decided February 29, 1972.

Complaint by Luceil M. Freybler against Edward
E. Lucas and Betty J. Lucas for reformation of a
mortgage.  Plaintiff's motion for summary judgment
denied.  Plaintiff appeals by leave granted.  Re-
versed and remanded.

*Cornelius Wiarda,* for plaintiff.

Edward E. Lucas and Betty J. Lucas, *in propria
persona.*

Before: LESINSKI, C. J., and McGREGOR and
QUINN, JJ.

REFERENCE FOR POINTS IN HEADNOTES
[1, 2]  45 Am Jur, Reformation of Instruments § 54.

PER CURIAM.  Plaintiff filed her complaint to obtain reformation of a mortgage from defendants to plaintiff and her deceased father.  The basis for relief was the mistake of the scrivener in failing to designate the mortgagees, plaintiff and her father, as joint tenants with right of survivorship.  The answer of defendants, filed *in propria persona,* consisted of general denials.  The trial court denied plaintiff's motion for summary judgment filed pursuant to GCR 1963, 117.2(2) and (3).  On leave granted, plaintiff appeals.

The record demonstrates compliance with GCR 1963, 117.2 and establishes the mistake relied on.  General denials in defendants' answer did not controvert the proof of mistake, *Doornbos* v *Nordman,* 26 Mich App 278 (1970).  Mistake of the scrivener is ground for reformation, *Newland* v *Baptist Church Society of Bellevue,* 137 Mich 335 (1904).

Reversed and remanded for entry of summary judgment for plaintiff.  Plaintiff may recover her costs in both courts.